No. 71–313.   PAGE, SUPERINTENDENT OF PUBLIC INSTRUCTION, ET AL. *v.* WILLIAMS ET AL.   C. A. 7th Cir. Motion of respondents Alexander et al. for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 71–327.   TEXAS GULF SULPHUR CO. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION;

No. 71–328.   HUNTINGTON *v.* SECURITIES AND EXCHANGE COMMISSION;

No. 71–346.   CRAWFORD *v.* SECURITIES AND EXCHANGE COMMISSION; and

No. 71–347.   HOLYK ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. 2d Cir.   Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted in No. 71–327.   MR. JUSTICE BLACKMUN is of the opinion that certiorari should be granted limited to Question 5 in No. 71–346 and limited to Questions 6 and 7 in No. 71–347. Reported below: 446 F. 2d 1301.

No. 71–446.   HAMMOND LEAD PRODUCTS, INC. *v.* UNITED STATES (VALLS, REAL PARTY IN INTEREST). C. C. P. A.   Certiorari denied.   MR. JUSTICE STEWART is of the opinion that certiorari should be granted.

No. 71–458.   CITY OF TEXARKANA ET AL. *v.* CIVIL AERONAUTICS BOARD.   C. A. D. C. Cir.   Motion for leave to file copies of decisions of Administrative Agency as an unprinted appendix granted.   Certiorari denied.

No. 71–5531.   LIPSCOMB *v.* WARDEN, ATLANTA PENITENTIARY, ET AL.   C. A. 5th Cir.   Motion for leave to supplement petition granted.   Certiorari denied.